**Order filed, April 01, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00872-CV

_____

**JOSEPH R. WILLIE, II, Appellant**

**V.**

**COMMISSION FOR LAWYER, Appellee**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16861**

## ORDER

The reporter's record in this case was due **November 26, 2013**. *See* Tex. R. App. P. 35.1. On **February 25, 2014**, this court GRANTED **Patricia Palmer's** motion for extension of time to file the reporter's record until **March 24, 2014**. The court has not received another request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Patricia Palmer**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM